JOHN W. COTTON (Cal. Bar No. 93831)
jcotton@cgllp.com
AARON C. GUNDZIK (Cal. Bar No. 132137)
agundzik@cgllp.com
COTTON & GUNDZIK LLP
624 So. Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213/312-1330
Telecopy: 213/623-6699

Attorneys for Defendant
Tracker Marine, LLC

BRIAN J. BICKEL (SBN 205646)
AMANDA L. GRAY (SBN 244644)
amandagray@bickellawfirm.com
BRIAN C. KLINE (SBN 246747)
THE BICKEL LAW FIRM, INC.
1950 Symphony Towers, 750 B Street
San Diego, California 92101-8107
Telephone: 619.374.4100
Facsimile: 619.231.9040

Attorneys for Plaintiff Adam Eckenwiler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ECKENWILER,<br><br>    Plaintiff,<br><br>  v.<br><br>TRACKER MARINE, LLC, and DOE 1 through DOE 10 inclusive,<br><br>    Defendants. | Case No. CV11-2255 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), the parties to this action, through their undersigned counsel, hereby stipulate to extend the date for Defendant Tracker Marine LLC to respond to the Complaint by 15 days to, and including, June 16, 2011.

DATED: May 26, 2011      COTTON & GUNDZIK LLP

*Aaron C. Gundzik*
Aaron C. Gundzik

Attorneys for Defendant
Tracker Marine, LLC

DATED: May 26, 2011      THE BICKEL LAW FIRM, INC

Amanda L. Gray

Attorneys for Plaintiff
Adam Eckenwiler

Dated: June 1, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

2