1  JOHN W. COTTON (Cal. Bar No. 93831)
   jcotton@cgllp.com
2  AARON C. GUNDZIK (Cal. Bar No. 132137)
   agundzik@cgllp.com
3  COTTON & GUNDZIK LLP
   624 So. Grand Avenue, 22nd Floor
4  Los Angeles, CA 90017
   Telephone: 213/312-1330
5  Telecopy: 213/623-6699

6  Attorneys for Defendant
   Tracker Marine, LLC

7
   BRIAN J. BICKEL (SBN 205646)
8  AMANDA L. GRAY (SBN 244644)
   amandagray@bickellawfirm.com
9  BRIAN C. KLINE (SBN 246747)
   THE BICKEL LAW FIRM, INC.
10 1950 Symphony Towers, 750 B Street
   San Diego, California 92101-8107
11 Telephone: 619.374.4100
   Facsimile: 619.231.9040
12
   Attorneys for Plaintiff Adam Eckenwiler
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16
   ADAM ECKENWILER,                )   Case No. CV11-2255 JCS
17                                 )
          Plaintiff,                )   **SECOND STIPULATION TO**
18                                 )   **EXTEND TIME TO RESPOND**
       v.                          )   **TO COMPLAINT**
19                                 )
   TRACKER MARINE, LLC, and DOE    )
20 1 through DOE 10 inclusive,     )
                                   )
21        Defendants.              )
                                   )
22 _____ )

23        The parties to this action, through their undersigned counsel of record,

24 hereby stipulate as follows:

25        1.    The parties are currently engaged in settlement discussions and

26 would like to continue and potentially complete the process before Defendant's

27 response to the Complaint is due.

28

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

2. In accord with a previous stipulation approved by the Court on June 1, 2011, Defendant's response is currently due on June 16, 2011.

3. Plaintiff's counsel will be on vacation from June 16 through June 26, 2011 and therefore the parties will be unable to complete any settlement discussions during that period.

4. Consequently, pursuant to Local Rule 6-1(a), the parties agree to an additional four week extension of Defendant's deadline for responding to the Complaint – to July 14, 2011.

5. As required by Local Rule 6-1(b), Defendant's new response date will not interfere with any event or deadline already fixed by the Court, including the case schedule set forth in the Court's May 6, 2011 Order Setting Initial Case Management Conference and ADR Deadlines.

DATED: June 15, 2011             COTTON & GUNDZIK LLP

*Aaron C. Gundzik*
Aaron C. Gundzik

Attorneys for Defendant
Tracker Marine, LLC

DATED: June 15, 2011             THE BICKEL LAW FIRM, INC

Amanda L. Gray
Attorneys for Plaintiff
Adam Eckenwiler

Dated: June 20, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

2