UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ADAM ECKENWEILER,<br>     Plaintiff,<br><br>     v.<br>TRACKER MARINE, LLC,<br>     Defendant.<br>_____/ | No. C 11-2255 JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      October 21, 2011<br>Mediator:  Sarah Flanagan |

    IT IS HEREBY ORDERED that the request for the corporate representative for defendant Tracker Marine, LLC, to attend telephonically the October 21, 2011, mediation before Sarah Flanagan is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 26, 2011      By: _____

Dated

                                        Maria-Elena James
                                     Chief United States Magistrate Judge