UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| ADAM ECKENWEILER,<br>        Plaintiff, | No. C 11-2255 JCS |
| v.<br>TRACKER MARINE, LLC,<br>        Defendant._____/ | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      October 21, 2011<br>Mediator:  Sarah Flanagan |

   IT IS HEREBY ORDERED that the request for the corporate representative for defendant Tracker Marine, LLC, to attend telephonically the October 21, 2011, mediation before Sarah Flanagan is GRANTED.  The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

September 26, 2011          By: _____
Dated                                      Maria-Elena James
                                           Chief United States Magistrate Judge